## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| JUSTAN ADAMS, | ) |
| | ) |
|        **Plaintiff,** | ) |
| v. | )   No.   1:17-cv-00200-GZS |
| | ) |
| RANDY ADAMS, et al., | ) |
| | ) |
|        **Defendants** | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 5) filed June 29, 2017, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**

                                                    /s/ George Z. Singal
                                                    United States District Judge

Dated this 25th day of July, 2017.